IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LATORIA ANGLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:21-cv-534-ECM |
| | ) |
| WAYNE FARMS, LLC, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On June 22, 2022, the parties filed a joint stipulation of dismissal with prejudice. (Doc. 19). Upon consideration of the joint stipulation, which comports with Fed. R. Civ. P. 41(a)(1), it is

ORDERED that this action is DISMISSED with prejudice, with each party to bear their own costs. It is further

ORDERED that all pending deadlines are terminated.

The Clerk of the Court is DIRECTED to close this case.

DONE this 23rd day of June, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE